COM.

v.

**HARGROVE, D.**

**2218 EDA 2015**

Superior Court of Pennsylvania.

3/21/2017

CP–51–CR–0009618–2014
(Philadelphia)

Affirmed

COM.

v.

**HURD, S.**

**908 EDA 2016**

Superior Court of Pennsylvania.

03/21/2017

CP–51–CR–0208691–2005
(Philadelphia)

Affirmed/Vacated/Remanded

COM.

v.

**WAKEFIELD, D.**

**2904 EDA 2015**

Superior Court of Pennsylvania.

3/21/2017

CP–09–CR–0002725–2014
(Bucks)

Affirmed

COM.

v.

**NELSON, J.**

**1121 EDA 2016**

Superior Court of Pennsylvania.

03/21/2017

CP–51–CR–0001718–2015
(Philadelphia)

Vacated/Remanded